

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :
:
v. :   3:12CR117 WWE
:   2:12-mj-392-CWH
IOANNIS PAPACHRISTOU :

## ORDER

Upon consideration of the Government's Appeal from a Magistrate Judge's order, the arguments presented by counsel for the defendant Ioannis Papachristou, and the record of the case as a whole,

IT IS HEREBY ORDERED that the July 13, 2012 order of the Honorable Carl W. Hoffman, United States Magistrate Judge of the District of Nevada, releasing the defendant from pre-trial detention, is forthwith vacated;

IT IS FURTHER ORDERED that the defendant shall continue to be detained until his arraignment before a magistrate judge in the District of Connecticut, at which point, the defendant's detention shall be without prejudice to a renewed motion for pre-trial release.

Dated this 15th day of June, 2012 at Bridgeport, Connecticut.

WARREN W. EGINTON
SENIOR UNITED STATES DISTRICT JUDGE